**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **DIMITRI CHARALAMBOPOULOS,** | § | |
| | § | |
| **Plaintiff/Counter-Defendant,** | § | |
| | § | |
| **v.** | § | **CASE NUMBER 3:14-cv-02424-D** |
| | § | |
| **CAMILLE GRAMMER,** | § | |
| | § | |
| **Defendant/Counter-Plaintiff.** | § | |

**DEFENDANT/COUNTER-PLAINTIFF CAMILLE GRAMMER'S APPENDIX TO
MOTION FOR ATTORNEYS' FEES AND OTHER EXPENSES PURSUANT TO
<u>THE TEXAS CITIZENS PARTICIPATION ACT AND BRIEF IN SUPPORT</u>**

RICHARD A. ROHAN
  Texas State Bar No. 17203800
THOMAS S. CONNER
  Texas State Bar No. 24082850
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Phone
(214) 855-1333 – Facsimile
*rrohan@ccsb.com*
*tconner@ccsb.com*


STANTON L. STEIN (*pro hac vice*)
ASHLEY R. YEARGAN (*pro hac vice*)
LINER L.L.P.
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
(310) 500-3500 – Phone
(310) 500-3501 – Facsimile
*lstein@linerlaw.com*
*ayeargan@linerlaw.com*

***Attorneys for Defendant/Counter-Plaintiff
Camille Grammer***

## INDEX TO APPENDIX

**Exhibit 1:**      **Declaration of Richard A. Rohan** ................................................. App. 001

  Exhibit A:      Online firm biography of Richard A. Rohan ................................... App. 008

  Exhibit B:      July 7, 2014 Carrington Coleman Billing Statement ....................... App. 010

  Exhibit C:      October 3, 2014 Carrington Coleman Billing Statement ................. App. 015

  Exhibit D:      April 1, 2015 Carrington Coleman Billing Statement ..................... App. 030

  Exhibit E:      July 13, 2015 Carrington Coleman Billing Statement ..................... App. 051

Respectfully submitted,

/s/ Richard A. Rohan
RICHARD A. ROHAN
  Texas State Bar No. 17203800
THOMAS S. CONNER
  Texas State Bar No. 24082850
CARRINGTON, COLEMAN, SLOMAN &
BLUMENTHAL, L.L.P.
901 Main Street, Suite 5500
Dallas, Texas 75202
(214) 855-3000 – Phone
(214) 855-1333 – Facsimile
*rrohan@ccsb.com*
*tconner@ccsb.com*

STANTON L. STEIN (*pro hac vice*)
ASHLEY R. YEARGAN (*pro hac vice*)
LINER L.L.P.
1100 Glendon Avenue, 14th Floor
Los Angeles, California 90024
(310) 500-3500 – Phone
(310) 500-3501 – Facsimile
*lstein@linerlaw.com*
*ayeargan@linerlaw.com*

**Attorneys for Defendant/Counter-Plaintiff
Camille Grammer**

## CERTIFICATE OF SERVICE

The undersigned certifies a copy of the foregoing instrument was served upon the attorneys of record for the Plaintiff/Counter-Defendant in the above cause in accordance with Rule 5 of the Federal Rules of Civil Procedure, on this 1st day of September, 2015.

/s/ Richard A. Rohan

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIMITRI CHARALAMBOPOULOS, | § | |
| | § | |
| Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | CASE NUMBER 3:14-cv-02424-D |
| | § | |
| CAMILLE GRAMMER, | § | |
| | § | |
| Defendant/Counter-Plaintiff. | § | |

## DECLARATION OF RICHARD A. ROHAN

I, Richard A. Rohan, make the following declaration pursuant to 28 U.S.C. § 1746 and hereby declare under penalty of perjury that the following is true and correct:

1.  My name is Richard A. Rohan. I am over the age of 21 and am otherwise competent to make this declaration. The statements in this Declaration are based on my personal knowledge and are true and correct.

2.  I am a partner in the law firm of Carrington, Coleman, Sloman & Blumenthal, L.L.P. ("Carrington Coleman"). I have been licensed to practice law in the State of Texas since 1984. Attached as Exhibit A is a printout of my online firm biography, which describes some of my qualifications and experience as an attorney. I have more than thirty years of experience handling complex commercial and civil litigation matters.

3.  I am an attorney of record for Defendant/Counter-Plaintiff Camille Grammer ("Grammer") in the above-entitled and numbered cause (the "Litigation"). Thomas Conner, who is also counsel of record for Ms. Grammer in this matter, is an associate at Carrington Coleman and has been licensed to practice law in the State of Texas since 2012. Mr. Conner also has

experience in representing clients in complex commercial litigation matters for Carrington Coleman.

### Reasonable Hours Spent

4.      Pursuant to Section 27.009 of the Texas Civil Practice and Remedies Code, Grammer is seeking the recovery of attorneys' fees from Plaintiff/Counter-Defendant Dimitri Charalambopoulos ("Plaintiff") for the hours worked by myself and Thomas Conner in defending against the Litigation and in obtaining dismissal of a number of Plaintiff's causes of action pursuant to the Texas Citizens Participation Act (the "TCPA"). In addition to attorney time, Grammer also seeks recovery from Plaintiff of fees for hours worked by Constance Nims, a Carrington Coleman paralegal, and by Norma Avila, Carrington Coleman litigation support staff. As litigation support staff, Ms. Avila's time was spent on technology-related tasks such as loading documents onto the firm's databases and preparing documents for production.

5.      Copies of redacted billing records showing the time entries for which fees are being sought between June 19, 2014 and May 8, 2015 are attached as Exhibits B, C, D, and E. These billing records are from the original billing statements, but have been redacted as described below, and have hours worked broken down for tasks for which fees are being sought in this motion.

6.      Removed from these billing records are time entries that were not attributable i) to preparing, researching, and fully briefing one or more of the following services: Grammer's Motion to Dismiss Plaintiff's First Amended Petition Pursuant to the Texas Citizens Participation Act [Doc. No. 13] ("TPCA Motion to Dismiss"), Grammer's Brief in Support of her TCPA Motion to Dismiss [Doc. No. 14], Grammer's Reply Brief in Support of her TCPA Motion to Dismiss [Doc. No. 30], and Grammer's Supplemental Reply Brief in Support of her

TCPA Motion to Dismiss [Doc. No 51], or ii) to participating in the specified and limited discovery conducted pursuant to the Court's January 29, 2015 Memorandum Opinion and Order. Accordingly, Grammer is not seeking recovery of fees for professional services unrelated to her TCPA Motion to Dismiss.

    7.    For Carrington Coleman's representation of Grammer in 2014, the following hours were spent researching, preparing, and drafting Grammer's TCPA Motion to Dismiss and accompanying briefs and reviewing and analyzing Plaintiff's response:

| Name | Role | Hours | Rate | Total | |
|------|------|-------|------|-------|---|
| Richard Rohan | Attorney | 42.5 | $520 | $22,100 | |
| Thomas Conner | Attorney | 217.1 | $280 | $60,788 | |
| | | | | TOTAL | $82,888.00 |

Exhibits B, C / App. 12-26.

    8.    For Carrington Coleman's representation of Grammer in 2015, the following hours were spent reviewing, organizing, and producing documents; preparing for and defending the depositions of Camille Grammer, Scott MacLean, and Howard Bragman; reviewing Plaintiff's supplemental response; and researching, preparing, and briefing Grammer's supplemental reply brief:

3

| Name | Role | Hours | Rate | Total | |
|------|------|-------|------|-------|---|
| Richard Rohan | Attorney | 92.2 | $530 | $48,866 | |
| Thomas Conner | Attorney | 148.2 | $295 | $43,719 | |
| Constance Nims | Paralegal | 10.4 | $180 | $1,872 | |
| Norma Avila | Litigation Support | 8.3 | $195 | $1,618.50 | |
| | | | | TOTAL | $96,075.50 |

Exhibits D, E / App. 34-59.

9.      As a result of Grammer's TCPA Motion to Dismiss, including the attendant briefing and discovery, four out of the seven legal claims advanced by Plaintiff have been dismissed. (This calculation counts Plaintiff's negligence and gross negligence claims as separate legal claims, and also treats Plaintiff's defamation and defamation per se claims as separate legal claims, both consistent with the manner in which Plaintiff presented them in his complaint in this action.) In addition, of the three claims remaining in the case—malicious prosecution, defamation, and defamation per se—the Motion to Dismiss resulted in a substantial and meaningful reduction of alleged statements that have been found to be actionable under Plaintiff's defamation or defamation per se claims. As a result, in my opinion, it is reasonable and appropriate to discount the overall lodestar fee (the aggregate number of hours times respective hourly rates of the professionals performing those services) by a factor of one-third. By applying this adjustment to the overall lodestar fee, Grammer is thereby seeking 66.67% of the overall lodestar amount. This factor is arrived at by adding the ratio of dismissed legal claims (4/7, or approximately 57%), to a small additional factor due to the fact that many of the

significant statements alleged by Plaintiff to be defamatory, including all of the statements set forth in Grammer's Request for Domestic Violence Restraining Order setting out the details of the events of October 16, 2013, were held by the Court to be privileged and hence not actionable.

10. Applying the 66.67% factor to the aggregate fees of $178,963.50 incurred in researching and drafting the TCPA Motion to Dismiss and accompanying briefs, responding to discovery requests, and defending depositions related to the TCPA Motion, it is my opinion that a fee of $119,314.96 represents a reasonable fee for services performed by attorneys, legal assistants, and litigation support personnel from Carrington Coleman in connection with Grammer's TCPA Motion.

11. Based on my extensive involvement in the Litigation, as well as my observation of the work performed by Thomas Conner, Constance Nims, and Norma Avila, it is my opinion that the above hours were reasonable and were reasonably expended in defending against the Litigation and in obtaining partial dismissal of multiple of Plaintiff's causes of action pursuant to the TCPA. Among other things, my opinion is based on the time and labor required to move for dismissal on all of Plaintiff's claims and allegations under the TCPA procedure and standards; that the attorneys were required to spend time researching the TCPA's procedure, standards, and relevant case law, as well as researching and briefing the standards and merits of each of Plaintiff's seven causes of action; that the parties conducted specified and limited discovery, which included Grammer producing documents and defending three depositions; and that Grammer submitted supplemental briefing in her support of her TCPA Motion to Dismiss. This work involved complex legal matters, both procedurally and substantively, required extensive time, and produced practical benefits for the client.

5

## Appropriate Hourly Rate

12.    For 2014, my customary billing rate was $520 per hour, and Thomas Conner's customary billing rate was $280 per hour. For 2015, my customary billing rate is $530 per hour, and Thomas Conner's customary billing rate is $295 per hour. Based on my experience, these billing rates are appropriate and reasonable hourly billing rates in the Northern District of Texas for attorneys with the respective levels of experience working on cases of this nature. I am aware of many commercial litigation attorneys with the same, or even fewer years' experience than I, whose hourly billing rates exceed $530, often by a substantial amount. The same is true of Mr. Conner's hourly billing rate compared to other associates with similar practices in the Dallas area.

13.    For 2015, Constance Nims's customary billing rate is $180 per hour, and Norma Avila's customary billing rate is $195 per hour. Based on my experience, it is my opinion that these are reasonable rates for services provided by paralegals and litigation support staff in the Northern District of Texas.

14.    Based on my experience practicing law and handling cases of this nature, it is my opinion that $119,314.96 is a reasonable and appropriate attorneys' fee for the work performed by Carrington Coleman during its representation of Grammer in obtaining dismissal of multiple of Plaintiff's causes of action pursuant to the Texas Citizens Participation Act.

15.    For purposes of this Litigation, Carrington Coleman agreed to a special blended rate for the hourly fees charged by the attorneys at Carrington Coleman, but under that blended rate, the aggregate fees described in paragraphs seven and eight total $178,490.50, and the reduced amount sought under the 66.67% factor would be $118,999.61.

6

## Other Expenses

16.    $1,709.25 was incurred in travel expenses to prepare for and to defend the depositions of Camille Grammer, Scott MacLean, and Howard Bragman.    $1,752.66 was incurred in expenses to obtain the transcripts and videos of the depositions of Camille Grammer, Scott MacLean, and Howard Bagman.  Exhibit D / App. 47, 50.  Applying the 66.67% factor determined in paragraph nine to the aggregate expenses of $3,461.91, Grammer is seeking $2,308.05 in other expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas on September 1, 2015.

Richard A. Rohan





## RICHARD A. ROHAN
Partner

P: 214-855-3043    F: 214-758-3743    rrohan@ccsb.com

**AREAS OF PRACTICE**
A Arbitration & Trial, Broker Dealer Disputes, Business Ownership Disputes, D & O Litigation, Derivative & Shareholder Litigation, Environmental & Remediation, Estate / Probate / Guardianship Disputes, Oil & Gas Litigation, Professional Liability, Securities & Directors & Officers, Securities Class Actions

*"My ideal client is one who can distinguish a lawyer's bluster from true passion and see the value of honesty and integrity."*

At the most basic level, it is fundamentally important for an attorney to understand the client's case. Perhaps equally important, however, is to understand the other side's case.

That's why Richard Rohan gets inside the thought process of the opposing players, from principals to attorneys. This gives him the foresight to anticipate their next move and handle what's likely to happen next.

His clients often find him pushing hard on his own case's weakest spots and finding flaws with what might have seemed an invulnerable position. By preparing for the worst-case scenario, he's ready for the opposition's strongest argument. Given his closeness to the case, he's in the best position to do so and often discovers the other side hasn't discovered many of the issues that he has.

It's this desire to be unflinchingly honest that contributes to his success. Richard fights with integrity, ensuring his clients' business objectives drive his strategy because that's what clients want.

Richard finds satisfaction knowing that his clients can trust his judgment, counsel, and advice in addition to his litigation skills. From entrepreneurial start-ups to large corporations, the value he places on building lasting client relationships fosters a sense of loyalty on both sides.

## Experience

**Constitutional Law**
Succeeded in persuading the Supreme Court of Texas to strike down Tarrant County prison chaplaincy program as violating the First Amendment Establishment Clause.

**Oil and Gas**
Obtained unanimous jury verdict requiring oil and gas producer to offer $40 million-interest in producing property to client pursuant to Area of Mutual Interest Clause.

**Legal Malpractice**
Successfully defended attorney and law firm from malpractice claims arising out of real estate transactions involving Dallas design district.

Successfully defended AmLaw 100 firm against claims of malpractice arising out of pre- and post-petition bankruptcy representation.

**Contract/Governmental**
Obtained summary judgment in favor of appraisal district against claims of breach of contract, theft of trade secrets, and tortious interference in connection with software development agreement.

Successfully defended corporation in arbitration against claim for earn-out payments following asset sale of telephone directory business.

## Education

Harvard Law School
J.D.*, cum laude*, 1984

Harvard College
A.B., *cum laude*, 1981

## Court Admissions

Texas, 1984
Texas Supreme Court
U.S. District Courts for the Northern, Southern, Eastern and Western Districts of Texas
U.S. Court of Appeals for the Fifth Circuit
U.S. Supreme Court

## Speeches/Publications

*Brewers Bring Suit Against The TABC For Unconstitutional Taking,* Carrington Coleman Capital Newsletter, 2015 Issue Two.

*San Antonio Court of Appeals Issues Important Opinion in Chesapeake Royalty Dispute*, Carrington Coleman Capital Newsletter, Special Oil and Gas Industry Edition, 2014.



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

July 7, 2014

Bill #: 313856
Page 1

028577 Grammer, Camille
 0001   Dimitri Charalambopoulos

Professional services rendered through 06/30/14:

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14

Bill Number:  313856
Page 2

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                                    TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14

Bill Number:  313856
Page 3

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|

| 06/19/14 | Researched TX Anti-SLAPP Statute   (4.0) | TSC |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14

Bill Number:  313856
Page 4

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR | |
|------|-------------------------|------|---|
| 06/20/14 | Researched TX Anti-SLAPP Statute  ( 2 . 8 ) | TSC | |
| 06/27/14 | Researched TX Anti-SLAPP Statute  ( 2 . 1 ) | TSC | |



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/07/14

Bill Number:  313856
Page 5

DESCRIPTION OF EXPENSES



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**

October 3, 2014                                                              Bill #:  315435
TO:                                                                              Page 1


028577 Grammer, Camille
 0001   Dimitri Charalambopoulos

---

Professional services rendered through 09/30/14:

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

10/03/14

Bill Number:  315435
Page 2

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                        TKPR

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14                                                          Bill Number:  315435
                                                                               Page 3
                    DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                          TKPR

07/18/14        Drafted Brief in Support of Anti-SLAPP Motion to Dismiss (2.7);      TSC

07/21/14        Researched and drafted Brief in Support of Anti-SLAPP Motion      TSC
                to Dismiss (4.2);

EX. C                                                            App. 017

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 4

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 07/22/14 | Researched and drafted Brief in Support of Anti-SLAPP Motion to Dismiss (2.5); | TSC |
| 07/23/14 | Researched and drafted Brief in Support of Anti-SLAPP Motion to Dismiss (7.1) | TSC |
| 07/24/14 | Confer w/T. Conner re: anti-LAPP motion; strategy;  (2.8) | RAR |
| 07/24/14 | Conferred with R. Rohan about Brief in Support of Anti-SLAPP Motion to Dismiss (1.0); Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (5.7); | TSC |
| 07/25/14 | Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (7.0); | TSC |
| 07/26/14 | Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (2.7) | TSC |
| 07/28/14 | Drafted and researched Brief in Support of Anti-SLAPP Motion to Dismiss (6.2); | TSC |
| 07/29/14 | , edit brief under anti-SLAPP statute; review literature on anti-SLAPP legislation;  (2.0) | RAR |

EX. C

App. 018

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 5

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR | |
|------|------------------------|------|---|
| 07/29/14 | Conferred with R. Rohan about Brief in Support of Anti-SLAPP Motion to Dismiss (0.6); Reviewed case law in Brief in Support of Anti-SLAPP Motion to Dismiss (2.7); Researched issue and claim preclusion (2.0) | TSC | |
| 07/30/14 | confer w/T. Conner re: anti-SLAPP motion/brief, 12(b)(6) motion/brief; (0.9) | RAR | |
| 07/30/14 | Conferred with R. Rohan about Brief in Support of Anti-SLAPP Motion to Dismiss (0.9); Researched issue and claim preclusion (3.4); Researched and Revised Brief in Support of Motion to Dismiss (6.0) | TSC | |
| 07/31/14 | analysis and planning re: possible res judicata/collateral estoppel defenses (.3); | RAR | |
| 07/31/14 | Conferred with R. Rohan about issue and claim preclusion (0.4); Call with R. Rohan, L. Stein, and A. Yeargan re: discovery issues and Anti-SLAPP Motion to Dismiss (0.8); Drafted Declaration of L. Stein (0.5); Research for Anti-SLAPP Motion to Dismiss re: matter of public concern and limited purpose public figure (4.8); Revised Anti-SLAPP Motion to Dismiss (3.9) | TSC | |
| 08/01/14 | Revised Brief in Support of Anti-SLAPP Motion to Dismiss (3.1); Conferred with R. Rohan about claim preclusion (0.2); Drafted Appendix to Brief in Support of Anti-SLAPP Motion to Dismiss (0.4); Researched claim preclusion (1.4) | TSC | |
| 08/02/14 | Researched negligence, fraud, and claim preclusion (3.8); Revised Brief in Support of Anti-SLAPP Motion to Dismiss (3.7) | TSC | |
| 08/03/14 | Revised Brief in Support of Anti-SLAPP Motion to Dismiss (1.3) | TSC | |

EX. C

App. 019

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 6

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 08/04/14 | Confer w/T. Conner re: revised brief; review, edit anti-SLAPP brief;  (3.5) | RAR |
| 08/04/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (6.1); Drafted Affidavit of Camille Grammer (1.1); Researched TX Anti-SLAPP standards (1.2); Conferred with R. Rohan re: Brief (0.3); | TSC |
| 08/05/14 | Confer w/ T. Conner re: brief;  (0.3) | RAR |
| 08/05/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (6.6);                              Conferred with R. Rohan re: Brief (0.3);                              Revised Affidavit of C. Grammer (0.5); Researched TX Anti-SLAPP standards (0.8) | TSC |
| 08/06/14 | Attention to motion to dismiss and brief;  (4.4) | RAR |
| 08/06/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (6.2); Researched malicious prosecution (2.1); Drafted and revised affidavits of C. Grammer, S. MacLean, and A. Born (3.4);                              Conferred with R. Rohan re: Brief and Affidavits (0.7) | TSC |
| 08/07/14 | Review, revise motions/briefs (to dismiss,  (3.0) | RAR |
| 08/07/14 | Conferred with R. Rohan re: Brief in Support of Anti-SLAPP Motion to Dismiss (0.4); Reviewed and revised Brief in Support (2.4); Revised Affidavits of C. Grammer, S. MacLean, and A. Born (1.1); | TSC |
| 08/08/14 | Conference call re: upcoming filings (0.6) | RAR |

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 7

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 08/08/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (4.2);                    Revised Affidavits of S. MacLean and L. Stein (0.9);<br><br>                    Researched Texas Anti-SLAPP case law and CA collateral estoppel (2.1) | TSC |
| 08/09/14 | Researched Texas Anti-SLAPP standards  (2.0) | TSC |
| 08/10/14 | Verified factual and legal citations in Brief in Support of Anti-SLAPP Motion to Dismiss   (7.5) | TSC |
| 08/11/14 | review, edit brief (1.5) | RAR |
| 08/11/14 | Reviewed and revised Brief in Support of Anti-SLAPP Motion to Dismiss (2.7); Researched collateral estoppel under CA law (1.3); Compiled Appendix in Support of Brief in Support of Anti-SLAPP Motion to Dismiss and entered citations (2.3); Drafted Proposed Orders (0.9); Revised Declaration of R. Rohan (0.2); Conferred with R. Rohan re: Brief in Support (0.5); Call with A. Yeargan re: Brief in Support (0.2); | TSC |
| 08/12/14 | Review papers to be filed                     to dismiss; supporting briefs);  (1.2) | RAR |
| 08/12/14 | Reviewed Brief in Support of Anti-SLAPP Motion to Dismiss and other papers to be filed (3.1); Prepared documents for filing (1.3); Conferred with R. Rohan about Anti-SLAPP Motion to Dismiss (0.1) | TSC |
| 08/13/14 | Researched TCPA prima facie case and malicious prosecution claim (3.3); | TSC |

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14                                                    Bill Number:  315435
                                                                          Page 8

### DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                        TKPR

08/15/14        Researched TCPA prima facie case (2.2);        TSC

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 9

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

09/02/14                                                       RAR
              review opposition to motion to dismiss;  (1.0)

09/02/14                                                       TSC

              Reviewed Plaintiff's Response to Anti-SLAP Motion to Dismiss
              (2.2); Reviewed cases cited in Plaintiff's Response (1.2)

EX. C                                    App. 023

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 10

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|--------------------------|------|
| 09/03/14 | Review opposition;                          ; analysis re: responses;   (1.7) | RAR |
| 09/03/14 | Reviewed cases cited in Plaintiff's Response (2.4); Drafted Objections to Plaintiff's Appendix in Support of Response Brief (2.8); | TSC |
| 09/04/14 | review pleadings; Prepare for conference call; conference call with Liner attorneys; analysis and planning re: reply briefing; (3.8) | RAR |
| 09/04/14 | Research for Reply Brief to Anti-SLAPP Motion to Dismiss (2.9); Drafted Objections to Plaintiff's Appendix in Support of Response Brief (2.1);                       Conference Call with R. Rohan, L. Stein, and A. Yeargan re: Reply Brief (1.4); | TSC |
| 09/05/14 | Review briefs (2.8); analysis and planning re: content of reply brief (2.4); | RAR |
| 09/05/14 | Drafted Reply Brief to Anti-SLAPP Motion to Dismiss (4.8);                 Call with R. Rohan re: Reply Brief (0.5) | TSC |
| 09/07/14 | Drafted Reply Brief to Anti-SLAPP Motion to Dismiss (3.0); | TSC |
| 09/08/14 | Drafted Reply Brief to Anti-SLAPP Motion to Dismiss (5.3);                       Drafted Objections to Plaintiff's Appendix in Support of Response Brief (1.0); | TSC |
| 09/09/14 |                    review, revise reply brief;   (3.5) | RAR |
| 09/09/14 | Drafted and revised Reply Brief to Anti-SLAPP Motion to Dismiss (5.1); Conferred with R. Rohan re: Reply Brief to Anti-SLAPP Motion to Dismiss (0.5); | TSC |

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
10/03/14

Bill Number:  315435
Page 11

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 09/10/14 | Revise reply brief;  (1.8) | RAR |
| 09/10/14 | Research for Reply Brief to Anti-SLAPP Motion to Dismiss (2.6); Revised SLAPP Reply Brief (3.5); Conferred with R. Rohan re: SLAPP Reply Brief (0.3); Drafted Appendix in Support of Reply Brief (0.5) | TSC |
| 09/11/14 | Review, revise reply brief on motion to dismiss;  (2.5) | RAR |
| 09/11/14 | Revised Reply Brief to Anti-SLAPP Motion to Dismiss (2.4); Revised Objections to Plaintiff's Appendix in Support of Response Brief (1.0); Research for Objections to Appendix (1.9) | TSC |
| 09/12/14 | Review, revise                    ; reply brief;  (1.5) | RAR |
| 09/12/14 | Research for Objections to Appendix (0.7); Call with A. Yeargan re: reply briefing (0.3); Reviewed and revised Reply Brief to Anti-SLAPP Motion to Dismiss (2.8); Reviewed and revised Objections to Plaintiff's Appendix in Support of Response Brief (3.7); | TSC |
| 09/13/14 | Review proposed edits to reply;  (0.5)                   ; | RAR |
| 09/15/14 | Review, revise reply brief;  (0.5) | RAR |
| 09/15/14 | Cite and fact check of Reply Brief to Anti-SLAPP Motion to Dismiss,  (1.6) | TSC |

Conferred with R. Rohan re: Reply Briefs (0.2); Revised Reply Brief to Anti-SLAPP Motion to

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

10/03/14                                                          Bill Number:  315435
                                                                         Page 12

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
|      | Dismiss (0.6); |  |
| 09/16/14 | Revised Objections to Plaintiff's Appendix in Support of Response Brief (0.8); Reviewed and prepared pleadings in anticipation of filing (3.1); | TSC |

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

10/03/14

Bill Number:  315435
Page 13

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE              DESCRIPTION OF SERVICES                          TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**

10/03/14

Bill Number:  315435

Page 14

DETAIL OF PROFESSIONAL SERVICES RENDERED



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

**Attorneys at Law**
**Tax ID #75-1315313**
**Email: ccsb@ccsb.com**
10/03/14

Bill Number:  315435
Page 15

DESCRIPTION OF EXPENSES



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax- 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

April 1, 2015
TO:

Bill #: 318610
Page 1

028577 Grammer, Camille
 0001   Dimitri Charalambopoulos

Professional services rendered through 03/31/15:

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 2

### DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                    TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 3

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 4

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                                    TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 5

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                      TKPR

01/29/15
                        review order; phone w/client;   (3.0)                      RAR

01/29/15                                                                             TSC

                              Reviewed and analyzed order on
              TCPA Motion to Dismiss (2.4); Conference call with C. Grammer,
              L. Stein, A. Yeargan, and R. Rohan re: order (0.7)

01/30/15      Review order;  (1.5)                                          RAR

01/30/15      Reviewed and analyzed order on TCPA Motion to Dismiss (1.2);   TSC

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 6

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|---|---|---|
| 02/01/15 | Review order; analysis and planning re: discovery; (1.5) | RAR |
| 02/02/15 | analysis and planning; telephone calls w/G. Fisher re: limited discovery;   (3.9) | RAR |
| 02/02/15 | Researched absolute privilege and republication under TX law (4.9); Call with L. Stein, A. Yeargan, and R. Rohan re: expedited SLAPP discovery (0.6); Document review of client documents for SLAPP discovery (0.8);          Correspondence with document review vendor (0.3) | TSC |
| 02/03/15 | Researched absolute privilege and republication under TX law (2.0);                         Call with A. Yeargan re: SLAPP discovery (0.1); Document review of client documents for SLAPP discovery (0.3); | TSC |
| 02/04/15 | Document review of client documents for SLAPP discovery (5.5) | TSC |
| 02/05/15 |          Conference with attorney regarding witness files. (0.1) | CN |
| 02/05/15 | telephone calls w/G. Fisher re: discovery;   (0.2) | RAR |
| 02/05/15 | Document review of client documents for SLAPP discovery (7.1); Reviewed Plaintiff's Requests for Production (0.6); Call with S. MacLean re: document requests (0.4); Correspondence with R. Rohan and L. Stein re: RFP (0.1) | TSC |

EX. D

App. 035

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 7

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 02/06/15 | Inter-office communications with Thomas Conner re: Relativity native export (.10); Download documents from (.10); Analysis, review, organization of downloaded data and prepare copy set for Thomas Conner's analysis and review (1.2) | NA |
| 02/06/15 | review discovery requests;  (0.3) | RAR |
| 02/06/15 | Document review of client documents for SLAPP discovery (4.4); Drafted Objections and Responses to Plaintiff's Requests for Production (2.5) | TSC |
| 02/07/15 | Document review of client documents for SLAPP discovery  (2.4) | TSC |
| 02/09/15 | review document requests;  (0.2) | RAR |
| 02/09/15 | Document review of client documents for SLAPP discovery (1.8); Drafted Objections and Responses to Plaintiff's Requests for Production (0.5); Drafted memorandum re: absolute privilege and republication under TX law (2.6) | TSC |
| 02/10/15 | Conference with attorney regarding upcoming deposition of Camille Grammer.  (0.1) | CN |
| 02/10/15 | Review documents for production;  (1.0) | RAR |
| 02/10/15 | Document review of client documents for SLAPP discovery (2.3); Meeting with R. Rohan re: documents for SLAPP discovery (0.7); Drafted memorandum re: absolute privilege and republication under TX law (2.0); Researched qualified privilege and drafted memorandum (2.9); Compiled documents in preparation for depositions of C. Grammer, S. MacLean, and H. Bragman (0.5) | TSC |
| 02/11/15 | Conference with attorney regarding witness binders in preparation for upcoming depositions.  (0.1) | CN |

EX. D

App. 036

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 8

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|---|---|---|
| 02/11/15 | review documents for possible production; (2.5) | RAR |
| 02/11/15 | Document review of client documents for SLAPP discovery (1.2); Revised memorandums re: absolute privilege / republication and qualified privilege (1.3); Call with A. Yeargan re: SLAPP discovery (0.2); | TSC |
| 02/12/15 | Conference with attorney regarding upcoming depositions, and document production; Review client documents and forward to the copy center with instructions for copying (0.6) | CN |
| 02/12/15 | Review documents for production; (1.7) | RAR |
| 02/12/15 | Collected and reviewed client documents for SLAPP discovery production (4.2); Conferred with R. Rohan re: SLAPP discovery production (0.2); Conferred with C. Nims re: document production and witness files (0.1); Revised Objections and Responses to Plaintiff's Requests for Production (1.2); Researched absolute privilege and republication under TX law (1.9) | TSC |
| 02/13/15 | Begin making copies and organizing documents to be used during the witness interviews of Scott McLean, Howard Bragman, and Camille Grammer. (2.2) | CN |
| 02/13/15 | Review documents for production; (1.0) analysis and planning re: deposition timing and preparation; (1.0) | RAR |
| 02/13/15 | Collected and reviewed client documents for SLAPP discovery production (2.0); Compiled documents for witness files (2.7); | TSC |

EX. D

App. 037

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 9

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/17/15 | Finish making copies and organizing documents to be used during the witness interviews of Scott McLean, Howard Ragman, and Camille grammar. (2.3) | CN |
| 02/17/15 | review documents for (1.5) production; telephone calls w/Guy Fisher re: scheduling; (0.2) | RAR |
| 02/17/15 | Collected and reviewed client documents for SLAPP discovery production (3.1); Call with C. Grammer re: client documents (0.4); Call with A. Yeargan re: discovery production (0.2); Prepared witness prep files (2.6); | TSC |
| 02/18/15 | Complete the review, and organization, of documents to be used during the witness preparation of Camille Grammer, Scott MacLean, and Howard Bragman. (0.8) | CN |
| 02/18/15 | attention to discovery; (0.5) | RAR |
| 02/18/15 | Compiled and prepared witness prep binders (1.4); Collected and reviewed client documents for SLAPP discovery production (4.2); Revised Objections and Responses to Plaintiff's Requests for Production (0.1); Meetings with C. Nims re: SLAPP discovery production (0.5) | TSC |
| 02/19/15 | Review and redact documents in preparation for production, tagging those documents to withhold at this time, and those that are non-responsive. (1.0) | CN |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 10

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/19/15 | Inter-office communications with Connie Nims and Thomas Conner re: preparation of documents for production (.20); Analysis, review, organization of electronic documents and load in Concordance for review and redaction in anticipation of production (1.10); Review e-mail from Connie Nims re: documents tagged for production (.10); Analysis, review, preparation of documents for production (1.20) | NA |
| 02/19/15 | Review documents and objections/responses to document (1.5) request; plan for deposition preparation; (0.5) | RAR |
| 02/19/15 | Collected and reviewed client documents for SLAPP discovery production (1.2); Reviewed production documents and witness binders (3.8); Conferred with C. Nims re: document production (0.1); Call with A. Yeargan re: document production and objections to Plaintiff's RFP (0.7); Revised Objections and Responses to Plaintiff's Requests for Production (1.8);<br><br>Conferred with R. Rohan re: document production (0.3) | TSC |
| 02/20/15 | Review the documents received from Liner Law Firm, redact plaintiff's birthrate from all copies of the Restraining Order paperwork, redact Bragman's documents, and tag documents for production; Print documents, organize for attorney in preparation witness interviews.  (2.5) | CN |
| 02/20/15 | Inter-office communications with Thomas Conner and Connie Nims re: preparation of documents for production (.30); Analysis, review, preparation of documents for production (4.00) | NA |
| 02/20/15 | review documents for  (1.0) production; deposition preparation;  (2.3) | RAR |
| 02/20/15 | Revised Objections and Responses to Plaintiff's Requests for Production (0.6); Prepared and served SLAPP discovery production (4.1); Conferred with R. Rohan re: production (0.1); Reviewed witness prep binders (1.5); Revised memorandum re: qualified privilege (1.0); | TSC |
| 02/21/15 | Revised memorandums to R. Rohan re: absolute privilege, republication,  (1.0) | TSC |

EX. D

App. 039

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 11

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 02/22/15 | review research; review documents in connection with deposition preparation;   (0.8) | RAR |
| 02/23/15 | Review documents; prepare for meeting with client and witnesses for deposition preparation;  (4.5) | RAR |
| 02/23/15 | Drafted legend of relevant phone numbers from text messages (0.7); | TSC |
| 02/24/15 | Prepare for meetings with witnesses; witness preparation for depositions; analysis and planning  (8.0) | RAR |
| 02/24/15 | Conferred with R. Rohan re: document production (0.2); | TSC |
| 02/25/15 | Conference with attorney regarding status of production, and location of additional client documents.  (0.4) | CN |
| 02/25/15 | Prepare for meetings with witness (H. Bragman); witness preparation; study/analysis-correspondence; analysis and planning  (8.0) | RAR |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 12

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 03/02/15 | Review court opinion in anticipation of upcoming depositions; telephone calls w/Guy Fisher re: discovery;  (2.0) | RAR |
| 03/03/15 | review deposition notices; review cases on transmission of pleadings  (0.5) and privilege; (0.5) | RAR |
| 03/04/15 | Review documents, prepare for video conference with client; deposition preparation; video conference;  (6.7) | RAR |
| 03/05/15 | analysis and planning re: upcoming depositions; evidence organization; correspondence re: depositions;  (1.2) | RAR |
| 03/06/15 | Prepare for call with C. Grammer; call w/Grammer to prepare for deposition;  (0.8) | RAR |
| 03/08/15 | Prepare for meetings, preparation with witnesses;  (0.7) | RAR |
| 03/09/15 | Prepare witnesses (Grammer, MacLean) for depositions;  (8.0) | RAR |
| 03/10/15 | Conference with attorney regarding documents needed for witness interviews; Forward client documents to attorney. (0.3) | CN |
| 03/10/15 | Prepare, defend depositions of C. Grammer and S. MacLean (9.5) | RAR |
| 03/11/15 | Prepare for and defend deposition (H. Bragman);  (2.5) | RAR |

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

03/31/15

Bill Number:  318610
Page 13

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                                TKPR

03/13/15                                    Revised memorandums    TSC
            to R. Rohan re: absolute privilege,  (0.5)

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 14

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                          TKPR

03/19/15                                                     TSC
        Researched absolute privilege (1.5);

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 15

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE            DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 16

### DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 03/30/15 | Researched absolute/qualified privilege and defamation standards under TX/CA law (3.9); C̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ ̶ | TSC |



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 17

DESCRIPTION OF EXPENSES



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 18

## DESCRIPTION OF EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 03/18/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239386; DATE: 3/18/2015 - Video copies for depos of Scott MacLean & Camille Grammer | 377.74 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239435; DATE: 3/26/2015 Depo transcript of Grammer | 668.92 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239436; DATE: 3/26/2015 Depo transcript of MacLean | 338.50 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239437; DATE: 3/26/2015 Depo trascript of Bragman. | 262.50 |
| 03/26/15 | Court reporters / transcripts: VENDOR: Hines Reporters; INVOICE#: 239434; DATE: 3/26/2015 Video of Bragman depo. | 105.00 |



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number: 318610
Page 19

DESCRIPTION OF EXPENSES



Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 20

DESCRIPTION OF EXPENSES



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
03/31/15

Bill Number:  318610
Page 21

DESCRIPTION OF EXPENSES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 02/19/15 | Travel expenses: VENDOR: Richard A. Rohan; INVOICE#: PEQBMI; DATE: 2/19/2015<br>Expense:  Airfare<br>Trip To:  Los Angeles<br>Travel Dates:  3/9/15 - 3/11/15<br>Purpose of Trip:  Meet with Client and California Counsel | 397.20 |
| 02/24/15 | Travel expenses: VENDOR: Richard A. Rohan; INVOICE#: 2-24-15; DATE: 2/24/2015<br>Expense:  Hotel, Taxi, Airport Parking<br>Trip to:  Los Angeles<br>Travel Date:  2/24/15 -2/25/15<br>Purpose of Trip:  Meeting with client and California counsel. | 463.87 |
| 03/09/15 | Travel expenses: VENDOR: Richard A. Rohan; INVOICE#: 3-9-15; DATE: 3/9/2015<br>Expense; Hotel, Taxi, Airport Parking<br>Trip To:  Los Angeles<br>Travel Dates:  3/9/15 - 3/11/15<br>Purpose of Trip:  Meeting with client and California counsel to prep client for and attend depositions. | 848.18 |



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

July 13, 2015
TO:

Bill #:  320736
Page 1

028577 Grammer, Camille
 0001   Dimitri Charalambopoulos

---

Professional services rendered through 06/30/15:

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:   320736
Page 2

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 3

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                                    TKPR

04/06/15                                              Researched recent     TSC
             TCPA cases (1.6)

EX. E                                                                App. 053

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 4

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 5

DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|

04/21/15                                                          TSC

                                        Researched
        choice of law for supplemental briefing (1.8);

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 6

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                              TKPR

| 04/24/15 | review brief; (1.0) | RAR |
|----------|---------------------|-----|
| 04/24/15 |                     | TSC |

Reviewed Plaintiff's Supplemental Response to TCPA
Motion to Dismiss (0.9)

| 04/26/15 | Review brief; analysis and planning re: response; (1.5) | RAR |
|----------|---------------------------------------------------------|-----|
| 04/27/15 | Confer w/T. Conner re: reply brief; : (0.3) | RAR |

04/27/15    Reviewed Plaintiff's Supplemental Response to TCPA Motion to    TSC
            Dismiss and outlined response (1.2); Conferred with R. Rohan
            re: reply to Plaintiff's Supplemental Response (0.3); Drafted
            Supplemental Brief in Support of TCPA Motion to Dismiss (5.1);
            Researched absolute privilege for transmission of pleadings
            (0.6); Drafted Objections to the Affidavit of Stephen Gonzales
            (1.4);

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 7

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|------------------------|------|
| 04/28/15 | | RAR |
| | strategy re: drafting reply brief on SLAPP motion;  (1.0) | |
| 04/28/15 | | TSC |
| | Researched hearsay exception for admission against interest (0.7); Drafted Supplemental Brief in Support of TCPA Motion to Dismiss (2.3) | |
| 04/29/15 | | TSC |
| | Researched privilege for supplemental briefing (0.7); | |
| 04/30/15 | Review draft brief;  (0.5) | RAR |
| 04/30/15 | Drafted Supplemental Brief in Support of TCPA Motion to Dismiss (3.6); | TSC |

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 8

## DETAIL OF PROFESSIONAL SERVICES RENDERED

| DATE | DESCRIPTION OF SERVICES | TKPR |
|------|-------------------------|------|
| 05/01/15 | Researched absolute privilege for transmission of pleadings (1.3); Revised Supplemental Brief in Support of TCPA Motion to Dismiss (1.0); | TSC |
| 05/03/15 | Review draft brief; (1.0) | RAR |
| 05/04/15 | Review, edit brief and objections; (1.0) | RAR |
| 05/04/15 | | TSC |
| | Conferred with R. Rohan re: Supplemental Brief and TCPA research (0.5); Revised Supplemental Brief in Support of TCPA Motion to Dismiss (2.9); Revised Objections to the Affidavit of Stephen Gonzales (0.8) | |
| 05/05/15 | review draft reply brief; review proposed affidavit; (3.5) | RAR |
| 05/05/15 | Researched hearsay exception for admission against interest (0.8); Conferred with R. Rohan re: Supplemental Brief (0.3); Revised Supplemental Brief in Support of TCPA Motion to Dismiss (4.3); Reviewed Affidavit of C. Grammer (0.3); Correspondence with L. Stein and A. Yeargan re: TCPA standards, Supplemental Brief, Affidavit of C. Grammer (0.9); | TSC |

# CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 9

## DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                                    TKPR

05/06/15    Revise reply brief;          call to discuss brief;        RAR
            strategy;  (1.5)

05/06/15    Reviewed Affidavit of C. Grammer (0.3);                    TSC
                                          Revised Supplemental Brief in
            Support of TCPA Motion to Dismiss (3.7); Call with L. Stein and
            A. Yeargan re: comments to Supplemental Brief (0.5);
            Correspondence with A. Yeargan, L. Stein, and C. Grammer re:
            Supplemental Brief (0.3)

05/07/15                                 review, edit reply brief; (1.0)   RAR

05/07/15    Researched absolute privilege for transmissions of pleadings   TSC
            (1.1); Cite checked Supplemental Brief in Support of TCPA
            Motion to Dismiss (2.6); Conferred with R. Rohan re:
            Supplemental Brief (0.2);
                                                     Revised
            and reviewed Supplemental Brief (1.9);

05/08/15    Review, revise brief;  (0.9)                              RAR

05/08/15    Revised Supplemental Brief in Support of TCPA Motion to    TSC
            Dismiss (1.2); Researched absolute privilege for transmissions of
            pleadings (0.9) Reviewed Supplemental Brief (0.9); Conferred
            with R. Rohan re: Supplemental Brief (0.2); Call with A. Yeargan
            re: Supplemental Brief (0.2); Prepared for and filed Supplemental
            Brief (0.8);

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 10

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 11

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

## CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 12

### DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE           DESCRIPTION OF SERVICES                        TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 13

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 14

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 15

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 16

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number: 320736
Page 17

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                          TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com

07/13/15

Bill Number:  320736
Page 18

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 19

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 20

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 21

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE        DESCRIPTION OF SERVICES                        TKPR

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 22

DETAIL OF PROFESSIONAL SERVICES RENDERED

DATE          DESCRIPTION OF SERVICES                              TKPR

EX. E                                         App. 072

**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 23

DETAIL OF PROFESSIONAL SERVICES RENDERED



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 24

DESCRIPTION OF EXPENSES



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 25

DESCRIPTION OF EXPENSES



Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 26

DESCRIPTION OF EXPENSES



CARRINGTON COLEMAN

Carrington, Coleman, Sloman & Blumenthal, L.L.P. • 901 Main Street, Suite 5500 • Dallas, Texas 75202 • 214.855.3000 • fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 27

DESCRIPTION OF EXPENSES



**CARRINGTON COLEMAN**

Carrington, Coleman, Sloman & Blumenthal, L.L.P. ▪ 901 Main Street, Suite 5500 ▪ Dallas, Texas 75202 ▪ 214.855.3000 ▪ fax: 214.855.1333

Attorneys at Law
Tax ID #75-1315313
Email: ccsb@ccsb.com
07/13/15

Bill Number:  320736
Page 28

DESCRIPTION OF EXPENSES