IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DIMITRI CHARALAMBOPOULOS, | § § | |
| Plaintiff/Counter-Defendant, | § § | |
| vs. | § § | CIVIL ACTION NO. 3:14-CV-2424-S |
| CAMILLE GRAMMER, | § § | |
| Defendant/Counter-Plaintiff. | § § | |

## VERDICT OF THE JURY

We, the jury, have answered the above questions as indicated, and now return those questions and answers to the Court as our verdict.

SIGNED this 24th day of April, 2019.

_____
PRESIDING JUROR